No. 111. CARL S. REYNOLDS, PLAINTIFF IN ERROR, *v.* THE STATE OF CONNECTICUT. In error to the Supreme Court of Errors of the State of Connecticut. Argued for plaintiff in error and submitted for defendant in error November 16, 1906. Decided November 19, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Schlosser* v. *Hemphill*,

198 U. S. 173; *California Consolidated Mining Company* v. *Manley*, decided October 22, and cases cited. *Mr. Clayton B. Smith* for plaintiff in error. *Mr. H. A. Hull* for defendant in error.